UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-00258-ACA-SGC |
| ) | |
| GWENDOLYN GIVENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

On August 26, 2022, the magistrate judge entered a report recommending the court grant Defendants' motion for summary judgment. (Doc. 36). Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days (*id.* at 29–30), the court has not received any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

Consistent with that recommendation, the court **WILL GRANT** Defendants' motion for summary judgment (doc. 23) and **WILL ENTER SUMMARY**

**JUDGMENT** in favor of Defendants and against Plaintiff Earnest Lee Walker on all of Mr. Walker's claims.

The court will enter a separate final judgment consistent with this opinion.

**DONE** and **ORDERED** this September 22, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE